UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANDI TURNIPSEED, individually and on behalf of all others similarly situated,

                 Plaintiff,

-against-                                          20 **CIVIL** 8677 (NSR)

## JUDGMENT

SIMPLY ORANGE JUICE COMPANY,

                 Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 4, 2022, Defendant's motion to dismiss is GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

         March 4, 2022

                                                                         **RUBY J. KRAJICK**

                                                                            **Clerk of Court**

                               BY:

                                                                            **Deputy Clerk**